## ARTHUR H. FORMAN
*Attorney at Law*
98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

July 6, 2023

**MEMO ENDORSED.**

Hon. Jennifer H. Rearden
U.S. District Court
500 Pearl Street
New York, NY  10007

        Re:   Louis Lopez Diaz v. Dollar N Discount LLC et al.
               Case No. 22-CV-6139 (JHR) (OTW)

Dear Judge Rearden:

    This office represents the plaintiff in the above-referenced FLSA action.  By Order dated June 14, 2023, your Honor directed the parties to file a *Cheeks* motion to request settlement approval by July 6, 2023, and, if all parties consented, a stipulation to the jurisdiction of the magistrate judge, by June 28, 2023. (Dkt. 23).  By Order dated June 30, 2023, the parties' time to consent to the jurisdiction of the magistrate judge was extended to July 6, 2023. (Dkt. 26).

    I write jointly with Susanne Toes Keane, a senior attorney with New York Legal Assistance Group, representing defendants for settlement purposes only, to respectfully request a two-week extension of time, until July 20, 2023, to file the joint *Cheeks* motion and if the parties agree, a consent to the jurisdiction of the magistrate judge.

    Although the parties have agreed on the terms and language of the settlement, additional time is needed for the parties to execute the agreement and possibly the consent.

    The parties thank the court for its consideration of this request.

                      Very truly yours

                      /S/
                  Arthur H. Forman

AHF/ms

**Application GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang          7/7/23
U.S.M.J.