UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
 LOUIS LOPEZ DIAZ,                                :

                                  Plaintiff,             :           22-CV-6139 (OTW)

                           -against-              :           **OPINION & ORDER**

DOLLAR N DISCOUNT LLC d/b/a REAL DEAL   :
DOLLAR & DISCOUNT and HASSAN SIDDIQUE,  :

                         Defendants.          :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' settlement submission pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). (ECF 30). The Court has reviewed ECF 30, and finds that the proposed settlement is fair and reasonable.

The Clerk of Court is respectfully directed to close ECF 32 and close the case.

**SO ORDERED.**


Dated: November 21, 2023                         *s/ Ona T. Wang*
       New York, New York                      **Ona T. Wang**
                                                               United States Magistrate Judge